# Court of Appeals
# of the State of Georgia

ATLANTA,  September 21, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0263. KOSAY ALSAHLANI v. ZAYNAB SAYHOUD.**

Kosay Alsahlani and Zaynab Sayhoud divorced in 2021. In July 2022, the trial court issued an order finding Alsahlani in contempt of the divorce decree and requiring him to take certain actions to comply with it. On May 9, 2023, the trial court issued an order finding Alsahlani in contempt of the divorce decree and the July 2022 order. Alsahlani then filed this direct appeal. We lack jurisdiction.

Appeals from orders in divorce and other domestic relations cases, including orders holding persons in contempt, must be pursued by discretionary application. See OCGA § 5-6-35 (a) (2); see also *Norman v. Ault*, 287 Ga. 324, 330-331 (6) (695 SE2d 633) (2010); *Russo v. Manning*, 252 Ga. 155, 155-156 (312 SE2d 319) (1984). "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). Alsahlani's failure to follow the discretionary appeals procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/21/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*